**FILED**
CLERK, U.S. DISTRICT COURT

1/19/2023

CENTRAL DISTRICT OF CALIFORNIA
BY: _____DTA_____ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| UNITED STATES OF AMERICA, | No. 8:23-cr-00006-FWS |
|---|---|
| Plaintiff, | I N F O R M A T I O N |
| v. | [18 U.S.C. §§ 1343, 1349: Attempted Wire Fraud] |
| MELAHAT RAFIEI, | |
| Defendant. | |

The United States Attorney charges:

[18 U.S.C. §§ 1343, 1349]

A.  THE SCHEME TO DEFRAUD

1.  Beginning no later than September 2019, and continuing through at least October 2019, in Orange County, within the Central District of California, defendant MELAHAT RAFIEI, knowingly and with intent to defraud, devised and attempted to execute a scheme to defraud and obtain money from Victim 1 by means of materially false and fraudulent pretenses, representations, and promises, and material omissions of facts, by transmitting and causing the transmission of funds into bank accounts controlled by defendant RAFIEI, by means of

wire communications in interstate commerce, for the purpose of executing such scheme.

  2. The scheme to defraud operated, in substance, as follows:

    a. Defendant RAFIEI falsely represented to Victim 1 that, in exchange for a payment of at least $300,000, she would work to pass a cannabis-related ordinance in Anaheim that would exclusively benefit and be tailored for Victim 1's business, when in fact, defendant RAFIEI was already working on the same ordinance on behalf of other paying clients.

    b. Defendant RAFIEI falsely represented to Victim 1 that defendant RAFIEI would keep only $10,000 of Victim 1's payment in exchange for her purported work, when in fact, defendant RAFIEI intended to keep $100,000 of Victim 1's payment.

    c. Defendant RAFIEI falsely represented to Victim 1 that $200,000 of Victim 1's payment would go to the Anaheim Chamber of Commerce, when in fact, defendant RAFIEI intended to split $200,000 of the $300,000 equally between her and an associate of hers who was not affiliated with the Anaheim Chamber of Commerce.

B. THE ATTEMPTED USE OF INTERSTATE WIRES

  3. Beginning no later than September 2019, and continuing through at least October 2019, for the purpose of executing the scheme to defraud, defendant RAFIEI attempted to cause the transmission of items by means of wire communications in interstate commerce.  Specifically, defendant RAFIEI would instruct Victim 1 to

///

///

pay the $300,000 via checks that would be deposited into financial accounts controlled by defendant RAFIEI, thereby causing the transmission of wire communications in interstate commerce.

JOSEPH T. MCNALLY
United States Attorney,
Acting Under Authority Conferred
by 28 U.S.C. § 515

MACK E. JENKINS
Assistant United States Attorney
Chief, Criminal Division

BENJAMIN R. BARRON
Assistant United States Attorney
Chief, Santa Ana Branch Office

DANIEL S. LIM
MELISSA S. RABBANI
Assistant United States Attorneys
Santa Ana Branch Office