**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

## CASE SUMMARY

F I L E D
CLERK, U.S. DISTRICT COURT
1/19/2023
CENTRAL DISTRICT OF CALIFORNIA
BY: ___DTA___ DEPUTY

| | |
|---|---|
| Case Number: 8:23-cr-00006-FWS | Defendant Number: One |
| U.S.A. v. MELAHAT RAFIEI | Year of Birth: 1977 |
| ☐ Indictment  ☑ Information | Investigative agency (FBI, DEA, etc.): FBI |

**NOTE:** All items MUST be completed. If you do not know the answer or a question is not applicable to your case, enter "N/A."

### OFFENSE/VENUE

a. Offense charged as a:
- ☐ Class A Misdemeanor  ☐ Minor Offense  ☐ Petty Offense
- ☐ Class B Misdemeanor  ☐ Class C Misdemeanor  ☑ Felony

b. Date of Offense: No later than Sep 2019 through Oct 2019

c. County in which first offense occurred: Orange

d. The crimes charged are alleged to have been committed in (CHECK **ALL** THAT APPLY):
- ☐ Los Angeles  ☐ Ventura
- ☑ Orange  ☐ Santa Barbara
- ☐ Riverside  ☐ San Luis Obispo
- ☐ San Bernardino  ☐ Other

Citation of Offense: 18 U.S.C. §§ 1343, 1349

e. Division in which the MAJORITY of events, acts, or omissions giving rise to the crime or crimes charged occurred:
- ☐ Western (Los Angeles, San Luis Obispo, Santa Barbara, Ventura)
- ☐ Eastern (Riverside and San Bernardino)  ☑ Southern (Orange)

### RELATED CASE

Has an indictment or information involving this defendant and the same transaction or series of transactions been previously filed and dismissed before trial?
- ☑ No  ☐ Yes

If "Yes," Case Number: _____

Pursuant to General Order 21-01, criminal cases may be related if a previously filed indictment or information and the present case:

a. arise out of the same conspiracy, common scheme, transaction, series of transactions or events; or

b. involve one or more defendants in common, and would entail substantial duplication of labor in pretrial, trial or sentencing proceedings if heard by different judges.

Related case(s), if any (**MUST MATCH NOTICE OF RELATED CASE**): N/A

### PREVIOUSLY FILED COMPLAINT/CVB CITATION

A complaint/CVB citation was previously filed on: 10/22/2019
Case Number: 8:19-MJ-00802-DUTY
Assigned Judge: Duty Mag. Judge: Hon. Karen E. Scott
Charging: 18 U.S.C. § 666(a)(2)

The complaint/CVB citation:
- ☐ is still pending
- ☑ was dismissed on: on or about 10/28/2019

### PREVIOUS COUNSEL

Was defendant previously represented?  ☑ No  ☐ Yes
IF YES, provide Name: N/A
Phone Number: _____

### COMPLEX CASE

Are there 8 or more defendants in the Indictment/Information?
- ☐ Yes*  ☑ No

Will more than 12 days be required to present government's evidence in the case-in-chief?
- ☐ Yes*  ☑ No

*AN ORIGINAL AND 1 COPY (UNLESS ELECTRONICALLY FILED) OF THE NOTICE OF COMPLEX CASE MUST BE FILED AT THE TIME THE INDICTMENT IS FILED IF EITHER "YES" BOX IS CHECKED.

### SUPERSEDING INDICTMENT/INFORMATION

**IS THIS A NEW DEFENDANT?**  ☐ Yes  ☐ No

This is the N/A superseding charge (i.e., 1st, 2nd).
The superseding case was previously filed on: _____
Case Number: _____

The superseded case:
- ☐ is still pending before Judge/Magistrate Judge
- ☐ was previously dismissed on _____

Are there 8 or more defendants in the superseding case?
- ☐ Yes*  ☐ No

Will more than 12 days be required to present government's evidence in the case-in-chief?
- ☐ Yes*  ☐ No

Was a Notice of Complex Case filed on the Indictment or Information?
- ☐ Yes  ☐ No

*AN ORIGINAL AND 1 COPY OF THE NOTICE OF COMPLEX CASE MUST BE FILED AT THE TIME THE SUPERSEDING INDICTMENT IS FILED IF EITHER "YES" BOX IS CHECKED.

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CASE SUMMARY

**INTERPRETER**

Is an interpreter required? ☐ YES  ☑ NO
IF YES, list language and/or dialect: _____

**OTHER**

☐ Male   ☑ Female
☑ U.S. Citizen   ☐ Alien
Alias Name(s): _____

This defendant is charged in:
☑ All counts
☐ Only counts: _____

☐ This defendant is designated as "High Risk" per 18 USC § 3146(a)(2) by the U.S. Attorney.
☐ This defendant is designated as "Special Case" per 18 USC § 3166(b)(7).

Is defendant a juvenile?  ☐ Yes  ☑ No
IF YES, should matter be sealed?  ☐ Yes  ☐ No

The area(s) of substantive law that will be involved in this case include(s):
☐ financial institution fraud   ☐ public corruption
☐ government fraud   ☐ tax offenses
☐ environmental issues   ☑ mail/wire fraud
☐ narcotics offenses   ☐ immigration offenses
☐ violent crimes/firearms   ☐ corporate fraud
☐ Other _____

**CUSTODY STATUS**

<u>Defendant is **not in custody**</u>:
a. Date and time of arrest on complaint: N/A
b. Posted bond at complaint level on: N/A
   in the amount of $ N/A
c. PSA supervision? ☐ Yes ☑ No
d. Is on bail or release from another district: No

<u>Defendant is **in custody**</u>:
a. Place of incarceration: ☐ State ☐ Federal
b. Name of Institution: N/A
c. If Federal, U.S. Marshals Service Registration Number: _____
d. ☐ Solely on this charge. Date and time of arrest: _____
e. On another conviction:  ☐ Yes  ☐ No
   IF YES: ☐ State  ☐ Federal  ☐ Writ of Issue
f. Awaiting trial on other charges:  ☐ Yes  ☐ No
   IF YES: ☐ State  ☐ Federal  AND
   Name of Court: _____
   Date transferred to federal custody: _____

This person/proceeding is transferred from another district pursuant to F.R.Cr.P.  __20__  __21__  __40__

**EXCLUDABLE TIME**

Determinations as to excludable time prior to filing indictment/information. EXPLAIN: _____

Date: 01/19/2023

_Signature of Assistant U.S. Attorney_
DANIEL S. LIM
Print Name