```
JOSEPH T. MCNALLY
United States Attorney,
Acting Under Authority Conferred
by 28 U.S.C. § 515
MACK E. JENKINS
Assistant United States Attorney
Chief, Criminal Division
BENJAMIN R. BARRON
Assistant United States Attorney
Chief, Santa Ana Branch Office
MELISSA S. RABBANI (Cal. Bar No. 283993)
Assistant United States Attorney
     U.S. ATTORNEY'S OFFICE
     411 West Fourth Street, Suite 8000
     Santa Ana, California 92701
     Telephone: (714) 338-3500
     Facsimile: (714) 338-3561
     E-mail:    melissa.rabbani@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA
```

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> MELAHAT RAFIEI, <br><br> Defendant. | No. SA CR 23-06-FLA <br><br> STIPULATION REGARDING REQUEST FOR CONTINUANCE OF PLEA HEARING DATE <br><br> **PROPOSED PLEA HEARING DATE:** 4/14/2023 |

Plaintiff United States of America, by and through its counsel of record, the United States Attorney for the Central District of California and Assistant United States Attorney Melissa S. Rabbani, and defendant Melahat Rafiei ("defendant"), both individually and by and through her counsel of record, Alaleh Kamran, hereby stipulate as follows:

1. The change-of-plea hearing in this case is currently set for April 7, 2023, at 9:00 a.m.

2. The parties jointly request to briefly continue the plea hearing until April 14, 2023, at 9:00 a.m., or another time convenient for the Court.

IT IS SO STIPULATED.

| | |
|---|---|
| Dated: March 29, 2023 | /s/ *Melissa S. Rabbani* |
| | MELISSA S. RABBANI |
| | Assistant United States Attorney |
| | |
| | Attorney for Plaintiff |
| | UNITED STATES OF AMERICA |
| | |
| Dated: March 29, 2023 | /s/ per email authorization |
| | ALALEH KAMRAN |
| | |
| | Attorney for Defendant |
| | MELAHAT RAFIEI |