JOSEPH T. MCNALLY
United States Attorney,
Acting Under Authority Conferred
by 28 U.S.C. § 515
MACK E. JENKINS
Assistant United States Attorney
Chief, Criminal Division
BENJAMIN R. BARRON
Assistant United States Attorney
Chief, Santa Ana Branch Office
MELISSA S. RABBANI (Cal. Bar No. 283993)
Assistant United States Attorney
    U.S. ATTORNEY'S OFFICE
    411 West Fourth Street, Suite 8000
    Santa Ana, California 92701
    Telephone: (714) 338-3500
    Facsimile: (714) 338-3561
    E-mail:    melissa.rabbani@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. SA CR 23-06-FLA |
|---|---|
| Plaintiff, | STIPULATION REGARDING REQUEST FOR CONTINUANCE OF SENTENCING DATE |
| v. | **PROPOSED SENTENCING DATE:** 5/10/2024 |
| MELAHAT RAFIEI, | |
| Defendant. | |

Plaintiff United States of America, by and through its counsel of record, the United States Attorney for the Central District of California and Assistant United States Attorney Melissa S. Rabbani, and defendant Melahat Rafiei ("defendant"), both individually and by and through her counsel of record, Alaleh Kamran, hereby stipulate as follows:

1. The sentencing hearing in this case is currently set for October 13, 2023.

2.    The parties are continuing to investigate issues relating to defendant's sentencing.

3.    Thus, the parties jointly request that the sentencing hearing be continued to May 10, 2024, at 10:30 a.m., or another date and time that is convenient for the Court.

IT IS SO STIPULATED.

Dated: August 21, 2023        /s/ *Melissa S. Rabbani*
                                      MELISSA S. RABBANI
                                      Assistant United States Attorney

                                      Attorney for Plaintiff
                                      UNITED STATES OF AMERICA

Dated: August 21, 2023        /s/ per email authorization
                                      ALALEH KAMRAN

                                      Attorney for Defendant
                                      MELAHAT RAFIEI

### ATTESTATION PER LOCAL RULE 5-4.3.4

On August 21, 2023, I sent a copy of this stipulation to Alaleh Kamran, counsel for defendant. Ms. Kamran confirmed that she concurred in the stipulation's content and authorized me to file it on her behalf.

Dated: August 21, 2023        /s/ *Melissa S. Rabbani*
                                      MELISSA S. RABBANI