CC: PSA

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>MELAHAT REFIEI,<br><br>  Defendant. | Case No. 8:23-cr-00006-FLA<br><br>**ORDER DENYING JOINT STIPULATION TO ALLOW DEFENDANT TO TRAVEL OUTSIDE THE UNITED STATES [DKT. 41]** |

|   |   |
|---|---|
| 1 | On September 11, 2023, Plaintiff United States of America and Defendant |
| 2 | Melahat Rafei ("Defendant") filed a Joint Stipulation to Allow Defendant to Travel |
| 3 | Outside of United States (the "Stipulation"). Dkt. 41. Defendant requests the court |
| 4 | grant her permission to travel to Toronto, Canada to attend a family reunion. *Id.* at 1. |
| 5 | The court, having read and considered the Stipulation, hereby holds that the |
| 6 | parties have failed to demonstrate good cause and therefore DENIES the request. |
| 8 | IT IS SO ORDERED. |
| 10 | Dated: September 13, 2023 |

_____
FERNANDO L. AENLLE-ROCHA
United States District Judge