| | |
|---|---|
| **From:** | wtcourtney@aol.com |
| **To:** | ▉▉▉▉▉▉▉▉▉▉ |
| **Subject:** | Sidhu Ament Rafiei |
| **Date:** | Tuesday, August 12, 2025 11:51:55 AM |

**CAUTION - EXTERNAL:**

SA23CR00006-FLA



USA v. Melahat Rafiei

can you please forward this to Judge Aenlle-Rocha...

Judge Aenlle-Rocha,

I am very concerned about the past corruption in the Anaheim city government and even more concerned that it seems that the US Attorney and the Court are not as concerned.

When it was revealed in the press that then Anaheim Mayor Harry Sidhu and his "co-conspirator", Todd Ament, were personally benefitting at the expense of the Anaheim taxpayers, I and many Anaheim taxpayers hoped and expected that once they both pled GUILTY, that they would be appropriately punished. We waited and waited ( and are still waiting for Ament) for justice and sentencing. I now see in the press that the Court is considering a reduction in the sentence for Ament and also for Melahat Rafiei, because they "cooperated".

 Well, if they cooperated, <u>who is the subject of their cooperation who will be punished?</u>

Harry Sidhu has already served a miniscule 22 days in prison ( for what could/should have been years). If these 3 people all "cooperated" against each other, that doesn't mean that they all deserve leniency. "Cooperation" certainly helps the prosecutors but that shouldn't remove punishment for criminal behavior! City officials need to see that corruption and criminal behavior will not be tolerated!

I hope you will remember what we have all been taught growing up... do the crime, do the time!

Please sentence these criminals appropriately.

Thank you,

WALLY COURTNEY
ANAHEIM, CA

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.