# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CRIMINAL MINUTES

| | |
|---|---|
| Case No.: 8:23-cr-00006-FLA-1 | Date: August 22, 2025 |

| | |
|---|---|
| Present: The Honorable | FERNANDO L. AENLLE-ROCHA, United States District Judge |
| Interpreter: | N/A |

| Twyla Freeman | Amy Diaz | Melissa S. Rabbani |
|---|---|---|
| *Deputy Clerk* | *Court Reporter* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Custody | Bond | Attorney(s) for Defendant(s): | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| Melahat Rafiei | √ | | √ | Jennifer J. Wirsching, Retd | √ | | √ |

**Proceedings:**   SENTENCING (NON-EVIDENTIARY)

The matter is called for hearing. Also present is United States Probation and Pretrial Services Officer Jennifer Stanley.

Proposed Conditions of Supervised Release provided to counsel in open court before commencement of hearing.

Refer to separate Judgment Order.

Defendant is informed of right to appeal.

CC: BOP, USM, USPO, FISCAL

1 : 44

Initials of Deputy Clerk  tf