CC: USPO

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

MELAHAT REFIEI,

Defendant.

Case No. 8:23-cr-00006-FLA

**AMENDED ORDER GRANTING DEFENDANT'S MOTION TO CLARIFY TERMS OF HOUSE ARREST (DKT. 84)**

1

On June 16, 2026, defendant Melahat Rafiei ("defendant") filed an unopposed motion to amend/clarify the conditions of her house arrest ("Motion").  Dkt. 84. Defendant asks the court "to clarify the terms of her house arrest to allow her to pick up/drop off her young child from his extracurricular activities, including sports practices and summer camps." *Id.* at 1.

Having considered the Motion and finding good cause therefor, the court hereby MODIFIES defendant's conditions of supervised release as follows:

The defendant shall participate for a period of six months in a home detention program which may include electronic monitoring, GPS, Alcohol Monitoring Unit or automated identification system and shall observe all rules of such program, as directed by the Probation Officer.  The defendant may transport her minor son to and from school and extracurricular activities, such as sports practices and summer camps, during this period with the approval of the Probation Officer.

All other conditions of supervised release shall remain unchanged.


IT IS SO ORDERED.


Dated: July 10, 2026

_____
FERNANDO L. AENLLE-ROCHA
United States District Judge

2